1006

[No. 834-42546-3. Division Three. December 21, 1973.]

MARIE F. MURPHY, *Appellant*, v. FREDRICK R. MURPHY, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 187235, George T. Shields, J., entered July 31, 1972. *Reversed* by unpublished per curiam opinion.

[No. 1650-1. Division One. December 28, 1973.]

CLARENCE FRY et al., *Appellants*, v. RANDY LEE SHEPPARD et al., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 741061, Jerome M. Johnson, J., entered April 10, 1972. *Affirmed* by unpublished per curiam opinion.

[No. 1677-1. Division One. December 28, 1973.]

LEE R. DAVIS et al., *Respondents*, v. TOM McDONALD et al., *Appellants*, NORMAND R. DESTREMPS et al., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 743692, Robert W. Winsor, J., entered April 14, 1972. *Affirmed* by unpublished per curiam opinion.

[No. 1714-1. Division One. December 28, 1973.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH ARNOLD PLIENIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 58137, Ward Roney, J., entered May 24, 1972. *Affirmed* by unpublished per curiam opinion.

[No. 1802-1. Division One. December 28, 1973.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL SWAIN, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 59970, F. A. Walterskirchen, J., entered July 5, 1972. *Affirmed* by unpublished opinion per Swanson, C.J., concurred in by Farris and Callow, JJ.